| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11743-PMM**

| | |
|---|---|
| Ronald W Schwartz, Jr. | Petition Filed Date: 05/22/2024 |
| 1953 New Holland Pike | 341 Hearing Date: 07/16/2024 |
| Lancaster  PA    17601 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2024 | $2,726.00 | | | | | | | |

**Total Receipts for the Period:  $2,726.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,452.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $3,817.82 | $0.00 | $0.00 |
| 3 | CITIBANK NA<br>»»  003 | Unsecured Creditors | $450.17 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»»  004 | Mortgage Arrears | $50,405.73 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11743-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,452.00 | Current Monthly Payment: | $2,963.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,963.00 |
| Paid to Trustee: | $545.20 | Total Plan Base: | $177,306.00 |
| Funds on Hand: | $4,906.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.