UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Ronald W Schwartz, Jr.<br><br><br>          Debtor | Chapter 13<br>Bankruptcy No.24-11743-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of October, 2024, by first class mail upon those listed below:

Ronald W Schwartz, Jr.
1953 New Holland Pike
Lancaster, PA  17601

**Electronically via CM/ECF System Only:**

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
1653 LITITZ PIKE, #105
LANCASTER, PA  17601

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee