**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Ronald W Schwartz, Jr., | : | Chapter 13 |
| | : | |
| | : | Case No.   24-11743 (PMM) |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 13, "the Motion");

**AND,** the parties having reported the Motion settled in advance of the hearing;

**AND,** the Court having an entered an Order (doc. # 17) directing the parties to file a stipulation **on or before October 3, 2024** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

*/Patricia M. Mayer/*

**Date:  10/29/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**