United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 24-11743-pmm
Ronald W Schwartz, Jr.                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                  User: admin                                                Page 1 of 1
Date Rcvd: Oct 29, 2024                         Form ID: pdf900                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald W Schwartz, Jr., 1953 New Holland Pike, Lancaster, PA 17601-5413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2024                                 Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-4 bkgroup@kmllawgroup.com |
| MATTHEW LAZARUS | on behalf of Debtor Ronald W Schwartz Jr. matthew@lazaruslawoffice.com, lazarus.matthewr109146@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ronald W Schwartz, Jr., | : | Chapter 13 |
| | : | |
| | : | Case No.   24-11743 (PMM) |
| | : | |
| Debtor. | : | |

# O R D E R

AND NOW, upon consideration of the Motion for Relief from Stay (doc. # 13, "the Motion");

AND, the parties having reported the Motion settled in advance of the hearing;

AND, the Court having an entered an Order (doc. # 17) directing the parties to file a stipulation **on or before October 3, 2024** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

AND, no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

Date:  10/29/24

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE