**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Ronald Schwartz | : | Chapter 13 |
| Debtor | : | Case No.: 24-11743 PMM |

## RESPONSE TO MOTION FOR RELIEF FILED BY CREDIT ACCEPTANCE CORPORATION

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. By way of further response, if any payments have been missed post-petition, Debtor is able and desirous creating a stipulation to make Movant whole on any missed payments.

5. Denied.

6. Denied.

7. Denied.

Wherefore, Debtor asks this Honorable Court to deny Movant's Motion for Relief of the Automatic Stay.

**Lazarus Law, LLC**
By:   */s/Matthew Lazarus*

*Lazarus Law, LLC*
*2173 Embassy Drive*
*Unit #538*
*Lancaster, PA 17603*
*Phone: (717) 298-0852*

Date: January 2, 2025