# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Ronald W Schwartz, Jr., | : | Chapter 13 |
| | : | |
| | : | Case No. 24-11743  PMM |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief ("the Motion") (doc. # 31) and the Response thereto (doc. #33);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **February 7, 2025**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  1/7/25

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**