IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: RONALD W. SCHWARTZ, JR.  **Debtor(s)** | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION  **Moving Party** | CASE NO. 24-11743-PMM |
| | 11 U.S.C. 362 |
| v. | |
| RONALD W. SCHWARTZ, JR.  **Respondent(s)** | HEARING DATE: **1-7-25 at 10:00 AM** |
| SCOTT F. WATERMAN  **Trustee** | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about January 24, 2025 in the above matter is APPROVED.

Dated: **January 28, 2025**

BY THE COURT:

_Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE