IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: RONALD W. SCHWARTZ, JR.  ) | |
| **Debtor(s)**  ) | CHAPTER 13 |
| ) | |
| CREDIT ACCEPTANCE CORPORATION  ) | CASE NO. 24-11743-PMM |
| **Moving Party**  ) | |
| ) | 11 U.S.C. 362 |
| v.  ) | |
| ) | |
| RONALD W. SCHWARTZ, JR.  ) | |
| **Respondent(s)**  ) | |
| ) | |
| SCOTT F. WATERMAN  ) | |
| **Trustee**  ) | |
| ) | |

### PRAECIPE WITHDRAWING CERTIFICATE OF DEFAULT FILED BY CREDIT ACCEPTANCE CORPORATION

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw the Certificate Of Default filed on behalf of Credit Acceptance Corporation, number 40 on the docket.

Date: 2/18/25

/s/ William E. Craig
William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Credit Acceptance Corporation