| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-11743-PMM**

Ronald W Schwartz, Jr.
1953 New Holland Pike
Lancaster  PA    17601

Petition Filed Date: 05/22/2024
341 Hearing Date: 07/16/2024
Confirmation Date: 11/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $2,726.00 | | 09/04/2024 | $2,726.00 | | 10/04/2024 | $2,726.00 | |
| 11/04/2024 | $2,726.00 | | 12/05/2024 | $2,977.00 | | 01/06/2025 | $2,977.00 | |
| 02/03/2025 | $2,977.00 | | 03/11/2025 | $2,500.00 | | 04/11/2025 | $2,977.00 | |
| 05/12/2025 | $1,800.00 | | 06/11/2025 | $2,700.00 | | 07/14/2025 | $2,990.00 | |

**Total Receipts for the Period:  $32,802.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $38,028.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $2,814.00 | $2,814.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $3,817.82 | $0.00 | $3,817.82 |
| 3 | CITIBANK NA »» 003 | Unsecured Creditors | $450.17 | $0.00 | $450.17 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 004 | Mortgage Arrears | $152,489.96 | $32,163.54 | $120,326.42 |
| 5 | CAPITAL ONE/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 24-11743-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,028.00 | Current Monthly Payment: | $2,972.00 |
| Paid to Claims: | $34,977.54 | Arrearages: | $5,568.00 |
| Paid to Trustee: | $3,050.46 | Total Plan Base: | $177,336.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.