Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Ronald W Schwartz, Jr.
1953 New Holland Pike
Lancaster, PA 17601

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11743-PMM**

Petition Filed Date: 05/22/2024
341 Hearing Date: 07/16/2024
Confirmation Date: 11/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $2,500.00 | | 09/11/2025 | $2,500.00 | | 10/16/2025 | $2,500.00 | |
| 11/12/2025 | $2,500.00 | | 12/15/2025 | $2,500.00 | | 01/13/2026 | $2,800.00 | |
| 02/13/2026 | $2,700.00 | | 03/13/2026 | $2,700.00 | | 04/13/2026 | $2,700.00 | |
| 05/13/2026 | $2,700.00 | | 06/22/2026 | $2,700.00 | | 07/22/2026 | $2,700.00 | |

**Total Receipts for the Period: $31,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $67,028.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $2,814.00 | $2,814.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $3,817.82 | $0.00 | $3,817.82 |
| 3 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 003 | Unsecured Creditors | $450.17 | $0.00 | $450.17 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $152,489.96 | $56,493.44 | $95,996.52 |
| 5 | CAPITAL ONE/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11743-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $67,028.00 | Current Monthly Payment: | $2,972.00 |
| Paid to Claims: | $59,307.44 | Arrearages: | $12,232.00 |
| Paid to Trustee: | $5,228.46 | Total Plan Base: | $177,336.00 |
| Funds on Hand: | $2,492.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.