**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **Ronald Schwartz** | : | **Chapter 13** |
| | : | |
| | : | **Case No. (24-11743 PMM)** |
| | : | |
| **Debtor[s]** | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. #50, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #49 is **approved**.)

**Date:** 9/24/26

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**